# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER, | No. 2:19-CV-0394-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| E. PALKO, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 5, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. ECF No. 10. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 5, 2019 (ECF No. 10) are ADOPTED in full;

2. The conclusions reached in the September 5, 2019 (ECF No. 9) screening order are ADOPTED and Plaintiff's Federal Tort Claims Act claim is DISMISSED with prejudice; and

3. The case shall proceed on Plaintiff's Eighth Amendment claim.

IT IS SO ORDERED.

Dated: February 18, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE