**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH CANDLER,<br><br>          Plaintiff,<br><br>     v.<br><br>E. PALKO,<br><br>          Defendant. | No. 2:19-CV-0394-MCE-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 8, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed. On March 31, 2021, the Magistrate Judge granted a 90-day extension for the Petitioner to file objections to the findings and recommendations. ECF No. 28.  That period of time has passed, and the Petitioner failed to file any objections.  This Court therefore considers the findings and recommendations unopposed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.     The findings and recommendations filed March 8, 2021, are adopted in full;

2.     Defendant's motion to dismiss, ECF No. 23, is granted and this action is dismissed with prejudice as barred under the doctrine of collateral estoppel; and

3.     The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:  September 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2